UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | CV20-02650-JWH (AS) | Date | July 22, 2021 |
|---|---|---|---|
| Title | *Mark Williams v. Victor V. Kitt, M.D.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On May 18, 2021, the Court issued an order granting Plaintiff's motion to file a First Amended Complaint ("FAC") and directed Plaintiff to file his FAC no later than June 8, 2021. (Dkt. No. 28). Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders. See Fed. R. Civ. P. 41(b)." Id., at 2. On June 8, 2021, the Court granted Plaintiff's motion for an extension of time to filed his FAC to no later than July 8, 2021. (Dkt. No. 32).

To date, Plaintiff has failed to file a First Amended Complaint. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than August 23, 2021**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to do so.

//

//

//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV20-02650-JWH (AS) | Date | July 22, 2021 |
|---|---|---|---|
| Title | *Mark Williams v. Victor V. Kitt, M.D.* | | |

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. <u>Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

IT IS SO ORDERED.

cc:   John W. Holcomb, United States District Judge

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |