UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR V. KITT,<br><br>　　　　　Defendant. | Case No. EDCV 20-02650-FWS (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. However, the Court addresses the arguments raised in Plaintiff's Objections below.

　　　Plaintiff reiterates the arguments raised in his Opposition to Defendant's Motion to Dismiss concerning the fact that he lost vision in one eye as a result of the surgery performed by Defendant

Dr. Kitt but fails to add any new facts or attach the relevant medical records that he claims "will prove his case." (Dkt. No. 57 at 2). As set forth in the Report and Recommendation, Plaintiff's conclusory statements do not raise a reasonable inference that Dr. Kitt acted with deliberate indifference in conscious disregard of an excessive risk to Plaintiff's health when he recommended or performed surgery on Plaintiff's nose.

Plaintiff also requests another opportunity to amend his complaint. However, Plaintiff was granted an opportunity to amend his complaint and given extensions of time to do before he ultimately decided "not to amend the original Complaint." (Dkt. No. 36). In any event, the recommendation to dismiss this action is not based on Plaintiff's failure to file an amended pleading but on Plaintiff's failure to point to any new and material facts in support of his claim.

In sum, Petitioner's Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that (1) Defendant's Motion to Dismiss is GRANTED; (2) Plaintiff's Eighth Amendment claim is DISMISSED without leave to amend and with prejudice for failure to state a claim; (3) Plaintiff's state law claims are DISMISSED without prejudice; (4) Defendant's motion to strike pursuant to Fed.R.Civ.P. 12(f) is DENIED as moot; and (5) Judgment shall be entered dismissing this action.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Plaintiff and counsel for Defendants.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 3, 2022

_____
FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE