JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>VICTOR V. KITT,<br><br>        Defendant. | Case No. EDCV 20-02650-FWS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: June 3, 2022

_____
FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE